In the Matter of EMIL LENC, as President of the SUPREME LODGE C. S. B. P. J. BOHEMIAN SLAVONIC FRATERNAL BENEFIT UNION et al., Respondents, *v.* AUGUST R. ZICHA et al., Appellants.

(Argued January 7, 1929; decided February 13, 1929.)

*Osmond K. Fraenkel* and *Charles Recht* for appellants. *John Proctor Clarke* and *Reginald F. Isaacs* for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.